UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
GREEN BAY DIVISION

| | |
|---|---|
| FREDERICK K. SHEPPARD </br></br> Plaintiff, </br></br> v. </br></br> THE MUSIC LINK CORPORATION </br></br> and </br></br> MAHER PUBLICATIONS, INC. </br></br> Defendants. | Case No. 06-C-93 |
| THE MUSIC LINK CORPORATION </br> Counterclaimant, </br></br> v. </br></br> FREDERICK K. SHEPPARD </br> Counterdefendant | |

**JOINT STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE OF FREDERICK K. SHEPPARD, PLAINTIFF/COUNTERDEFENDANT, THE MUSIC LINK CORPORATION, DEFENDANT/COUNTERCLAIMANT, AND CO-DEFENDANT MAHER PUBLICATIONS, INC. PURSUANT TO F.R.C.P. 41(a)(1)**

IT IS HEREBY STIPULATED by and between the plaintiff/counterdefendant, Frederick K. Sheppard, the defendant/counterclaimant, The Music Link Corporation, and the co-defendant, Maher Publications, Inc., by and through their designated counsel, that the above action shall be dismissed in its entirety with prejudice and without costs to any party.

1

| | |
|---|---|
| July 13, 2006<br>DATE | HANAWAY ROSS, S.C.<br><br>By s/Bruce R. Bachhuber<br>Bruce R. Bachhuber<br>Attorney for Plaintiff/Counterdefendant<br>345 S. Jefferson St.<br>Green Bay, WI 54301 |
| July 13, 2006<br>DATE | LIEBMAN, CONWAY, OLEJNICZAK & JERRY, S.C.<br><br>By s/R. George Burnett<br>R. George Burnett<br>Attorney for Defendant/Counterclaimant<br>The Music Link Corporation<br>P.O. Box 23200<br>Green Bay, WI 54305-3200 |
| July 13, 2006<br>DATE | HINSHAW & CULBERTSON<br><br>By s/Patrick Koenen<br>Patrick Koenen<br>Attorney for Defendant<br>Maher Publications, Inc.<br>100 West Lawrence St.<br>Appleton, WI 54911-5754 |

## ORDER OF DISMISSAL WITH PREJUDICE

Pursuant to the stipulation of the parties and good cause appearing, the above action is hereby dismissed in its entirety with prejudice and without costs to any party.

BY THE COURT,

_____
WILLIAM C. GRIESBACH, District Judge

3